IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV625

| | |
|---|---|
| MARSHALL MCNEIL,                  ) | |
| Petitioner,                       ) | |
| v.                                ) | **O R D E R** |
| LEWIS SMITH,                      ) | |
| Respondent.                       ) | |

**THIS MATTER** comes before the Court upon Petitioner's amended Application to Proceed In District Court Without Prepaying Fees or Costs, filed December 14, 2010. (Doc. No. 8).

A Petition for a Writ of Habeas Corpus requires a filing fee of $5.00. After reviewing the amended Application, which includes a copy of Petitioner's trust account statement reflecting a current balance of $0.00 and deposits of $75.00 over a seven month period, the Court finds that Petitioner is unable to pay the filing fee and his Application is GRANTED.

**NOW, THEREFORE, IT IS ORDERED** that Plaintiff's Application is **GRANTED**.

Signed: December 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge