# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marshall McNeil,

    Petitioner,

vs.

Lewis Smith,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-625-RJC

DECISION BY COURT.  This action having come before the Court by a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2011 Order.

Signed: September 9, 2011

Frank G. Johns, Clerk
United States District Court